Argued and submitted October 8, reversed and
remanded with instructions October 20, 1982

In the Matter of David Robert Bogue,
a minor.

STATE ex rel JUVENILE DEPARTMENT
OF JACKSON COUNTY,
*Respondent,*

*v.*

BOGUE,
*Appellant.*

(No. 5902, CA A24822)

652 P2d 7

Thad M. Guyer, Medford, argued the cause and filed the brief for appellant.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

The state confesses error. Reversed and remanded with instructions to conduct a new remand hearing according to statute. *See State ex rel Juv. Dept. v. Heising,* 29 Or App 903, 565 P2d 1105 (1977).